225-U. S.  Cases Disposed of Without Consideration by the Court.

RAILROAD COMPANY.  June 10, 1912.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit granted. *The Attorney General* and *The Solicitor General* for the petitioner.  No appearance for the respondent.

---

No. 1170. KATE C. ARCHER, PETITIONER, *v.* THE GREENVILLE SAND & GRAVEL COMPANY.  June 10, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit granted. *Mr. T. M. Miller* for the petitioner.  No appearance for the respondent.

---

CASES DISPOSED OF WITHOUT CONSIDERA-TION BY THE COURT FROM APRIL 1, TO JUNE 10, 1912.

No. 127. A. D. GIBBS, APPELLANT, *v.* THE INTERNATIONAL BANKING CORPORATION ET AL.  Appeal from the Supreme Court of the Philippine Islands.  April 2, 1912.  Dismissed with costs, on motion of counsel for the appellant. *Mr. Allison D. Gibbs* for the appellant.  No appearance for the appellees.

---

No. 284. COMMERCIAL STATE BANK & TRUST COMPANY, PLAINTIFF IN ERROR, *v.* J. L. BATES, TRUSTEE. In error to the Supreme Court of the State of Mississippi. April 2, 1912.  Dismissed with costs, on motion of counsel for plaintiff in error. *Mr. Marcellus Green, Mr. Charles A. Douglas, Mr. Gibbs L. Baker, Mr. Thomas Ruffin* and *Mr. Hugh H. Obear* for the plaintiff in error. *Mr. W. R. Harper* and *Mr. Robert P. Willing* for the defendant in error.